| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0644 3:22CR00126 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 25cr161 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Carlos Arcena-Cabrera<br>New York, NY | Western District of Kentucky | Louisville |
| | NAME OF SENTENCING JUDGE | |
| | Claria Horn Boom, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/3/2025 — TO 3/2/2027 |

**OFFENSE**
Conspiracy to Commit Mail Fraud

JUSTIFICATION/REASON FOR TRANSFER: Main residence and support in other district

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __THE SOUTHERN DISTRICT OF NEW YORK__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

March 18, 2025 — *Date*                         *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/11/25
*Effective Date*                                 *United States Magistrate Judge*

JUDGE ABRAMS